**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1766**

———————

MCDONALD'S CORPORATION,

                                    Plaintiff - Appellee,

        versus

DAT DO,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-1592-A)

———————

Submitted:  October 4, 2001        Decided:  October 11, 2001

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dat Do, Appellant Pro Se.   David Harold Dickieson, BUCHANAN
INGERSOLL, P.C., Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dat Do appeals from the district court's order granting McDonald's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. McDonald's Corp. v. Do, No. CA-00-1592-A (E.D. Va. filed Apr. 30, 2001; entered May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED